UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

**00-6092**

UNITED STATES OF AMERICA,

    Plaintiff,

**CIV-MIDDLEBROOKS**

MAGISTRATE JUDGE
BANDSTRA

vs.

ELISA FOWKS

    Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes  ✓ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: _____
    MARY F. DOOLEY
    ASSISTANT U.S. ATTORNEY
    99 N.E. 4TH STREET, Suite 300
    Miami, FL 33132
    Tel No. (305) 961-9352
    Fax No. (305) 530-7195
    Bar No. A5500282

DATED  1/19/00