AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

Case Number:

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111


CIV-MIDDLEBROOKS

v.

ELISA FOWKS
410 NW 99TH WAY
PEMBROKE PINES, FL 33026


MAGISTRATE JUDGE
BANDSTRA

TO: (Name and Address of Defendant)

ELISA FOWKS
410 NW 99TH WAY
PEMBROKE PINES, FL 33026

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox CLERK

JAN 2 0 2000   DATE

(BY) DEPUTY CLERK

