UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6092-CIV-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

ELISA FOWKS,

    Defendant(s).

_____/

FILED by _____ D.C.
JAN 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF REFERENCE

PURSUANT to Title 28 U.S.C. § 636 (b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge Ted E. Bandstra for all such judicial proceedings permissible under the Rules.

DONE AND ORDERED at Miami, Florida, this 24th day of January, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Honorable Ted E. Bandstra
        Mary Dooley, AUSA

