# AFFIDAVIT OF SERVICE

Case No: 00-6092 CIV MIDDLE

---------- TO BE SERVED ----------
ELISA FOWKS
410 N.W. 99TH WAY
PEMBROKE PINES, FL. 33026

---------- COURT ----------
IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

UNITED STATES OF AMERICA
VS.
ELISA FOWKS

---------- WRIT ----------
SUMMONS IN A CIVIL ACTION

---------- SERVED FOR ----------
MARY F. DOOLEY, AUSA

99 N.E. 4th STREET, SUITE 300
MIAMI, FLORIDA 33132

---------- INFORMATION ----------
Court Date :
Court Time :
Witness Fee$
Doc. Type  : Original
Atty File #:

I received this process 02/29/00 at 3:26 PM and it was served 03/02/00 at 7:10 AM in BROWARD COUNTY, FLORIDA.

    On: ELISA FOWKS
    At: 410 N.W. 99TH WAY
        PEMBROKE PINES, FL. 33026

INDIVIDUAL SERVICE:

By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time delivering to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

OTHER RETURNS:



BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
1-800-3-NOTARY  Fla. Notary Service & Bonding Co.

I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and Section 520 Et. Seq.

The foregoing instrument was acknowledged before me this 08 day of March, 2000 BY BARBARA RODRIGUEZ, who is personally known to me, or who has produced a D/L as identification and who DID take an oath.

PROCESS SERVER: BARBARA RODRIGUEZ (164)
CAPLAN/MARKOWITZ & KAYE  (305) 374-3426
CPS Number:  755956

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

Case Number:

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

ELISA FOWKS
410 NW 99TH WAY
PEMBROKE PINES, FL 33026

00-6092

CIV-MIDDLEBROOKS

MAGISTRATE JUDGE
BANDSTRA

TO: (Name and Address of Defendant)

ELISA FOWKS
410 NW 99TH WAY
PEMBROKE PINES, FL 33026

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox CLERK                    JAN 2 0 2000        DATE

(BY) DEPUTY CLERK