UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by \_\_\_\_ D.C.
DKTG
APR 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE No.: 00-6092-CIV-MIDDLEBROOKS

UNITED STATES OF AMERICA,

   Plaintiff,

v.
ELISA FOWKS

   Defendant.

_____/

DEFENDANT'S DEFAULT

20 00.

         COURT ADMINISTRATOR
         CLERK OF THE COURT

      BY _____
         DEPUTY CLERK

