**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No.: 00-6092-CIV-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELISA FOWKS

    Defendant.
_____/

FILED by JW D.C.
MAY 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## DEFAULT FINAL JUDGMENT

This matter having come before the Court upon plaintiff, United States of America's Motion for Entry of Default Final Judgment against defendant, Elisa Fowks, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, the United States of America, and against defendant, Elisa Fowks, upon the complaint herein, and it is further

ORDERED AND ADJUDGED that Plaintiff recover of the defendant, Elisa Fowks, the sum of $4308.32, consisting of $2313.98 in unpaid principal, plus the amount of $1954.34 in interest accrued through April 7, 2000, in accordance with the supporting documentation attached as "Exhibit "B" to Plaintiffs Motion for Entry of Default Final Judgment, all together with interest at the rate of 8.00% per annum to the date of this judgment, together with the sum of $175.00 in taxed costs, and it is further



ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §§2001, et seq., 28 U.S.C. §§3001-3307, and Rule 69(a), Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers, in Miami, Florida, this 4th day of May, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Mary F. Dooley, AUSA (Two Certified Copies)
      Elisa Fowks