UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6092-CIV-MIDDLEBROOKS

FILED BY _____ D.C.

2003 MAR 31   PM 12: 47

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELISA FOWKS,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel said judgment of record. Said judgment was duly recorded on 05/05/00, in the Public Records of Dade County, Florida in Official Records Book 19331, Page 0980.

SATISFACTION OF JUDGMENT AND RELEASE OF LIEN
U.S. v. ELISA FOWKS
CASE NO.   00-6092-CIV-MIDDLEBROOKS

| | |
|---|---|
| Witness my hand and seal this 27th day of March, A.D. 2003 | MARCOS DANIEL JIMENEZ<br>UNITED STATES ATTORNEY |
| Signed, Sealed and Delivered in Presence of:<br><br>*Brenda Glasford*<br>Brenda Glasford<br><br>*Lori Brannigan*<br>Lori Brannigan | By: *Karin D. Wherry*<br>KARIN D. WHERRY<br>Assistant United States Attorney<br>99 N.E. 4th Street, Room 300<br>Miami, FL 33132<br>Tel No.(305) 961-9016<br>Fax No.(305) 530-7195 |

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared KARIN D. WHERRY, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 27th day of March, A.D. 2003.

*Rolando A. León*
Rolando A. León
NOTARY PUBLIC, State of Florida

Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

[X] PERSONALLY KNOWN TO ME and
[X] DID NOT take an oath

3